NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

LAWRENCE L. DUPREE,
*Claimant-Appellant,*

v.

ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,
*Respondent-Appellee.*

2011-7092

Appeal from the United States Court of Appeals for Veterans Claims in 09-2023, Judge Donald L. Ivers.

## ON MOTION

## ORDER

Upon consideration of the motion for a 32-day extension of time, until May 9, 2011, for Lawrence L. Dupree to obtain counsel, and to file a brief,

IT IS ORDERED THAT:

The motion is granted. Lawrence L. Dupree's brief is due May 9, 2011.

FOR THE COURT

APR 1 3 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Lawrence L. Dupree (Informal Brief Form Enclosed)
     Stephen C. Tosini, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 3 2011

JAN HORBALY
CLERK